TOM TAYLOR v. THE STATE.

No. 9402.    Delivered February 24, 1926.

**Possessing Intoxicating Liquor—Evidence—Held, Sufficient.**

No bills of exception appear in this record. The evidence is amply sufficient to support the verdict and the issues of fact were submitted in an unexceptionable charge, and, no errors appearing, the judgment is affirmed.

Appeal from the District Court of Grayson County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction for the possession of intoxicating liquor, for the purpose of sale, penalty one year in the penitentiary.

No brief filed for appellant.

·*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

BERRY, JUDGE.—The offense is possession of intoxicating liquor and the punishment is one year in the penitentiary.

There are no bills of exceptions contained in the record. The evidence is amply sufficient to support the verdict. The issues of fact were properly submitted in an unexceptional charge and there being nothing contained in the record suggesting that the case was not properly tried, it is our opinion that the judgment should be in all things affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.